AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

CHARLES HOLLAND,

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 17, 2020

SEAN F. McAVOY, CLERK

|  |  |
|---|---|
| _Petitioner_ | ) |
| v. | ) |
| DEPARTMENT OF CORRECTIONS and STATE OF WASHINGTON, | ) ) ) |
| _Respondents_ | ) |

Civil Action No.  2:20-CV-284-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that _(check one)_:

❑ the plaintiff _(name)_ _____ recover from the defendant _(name)_ _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❑ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant _(name)_ _____ recover costs from the plaintiff _(name)_ _____ _____ .

☑ other:  IT IS HEREBY ORDERED that this action is DISMISSED WITHOUT PREJUDICE to Petitioner seeking an appropriate habeas remedy in the District in which his charges arose and after he has exhausted available state court remedies.

This action was _(check one)_:

❑ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❑ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge _____ Rosanna Malouf Peterson _____

Date:  August 17, 2020 _____

_CLERK OF COURT_

_SEAN F. McAVOY_

_(By) Deputy Clerk_

Sean F. McAvoy